99-00378 Bear v State of Texas.wpd



 No. 04-99-00378-CR

Marquis Ray BEAR,

Appellant

v.

The STATE of Texas,

Appellee

From the 144th Judicial District Court, Bexar County, Texas

Trial Court No. 98-CR-5758

Honorable Mark Luitjen, Judge Presiding


PER CURIAM

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice

Delivered and Filed: November 10, 1999

APPEAL DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH